SUPREME COURT OF MONTANA

| | | | |
|---|---|---|---|
| Cahill v. Papa's Cabin, LLC 2017 MT 2N | DA 16-0192 Affirmed | 01/03/17 | Dist. 3 (Powell) |
| MT County Atty's Assoc., et al. v. State | OP 16-0720 Affirmed | 01/03/17 | Original Proceeding CI 116-Mont.Const. |
| Bonck v. 13th Judicial District Court | OP 16-0756 Denied | 01/03/17 | Original Proceeding Supervisory Control |
| State v. Miller 2017 MT 4N | DA 16-0270 Affirmed | 01/10/17 | Dist. 22 (Stillwater) |
| Rada, et al. v. Dubrul, et al. 2017 MT 5N | DA 16-0379 Affirmed & Remanded | 01/10/17 | Dist. 5 (Jefferson) |
| Mundel v. Farmers Insurance 2017 MT 6N | DA 16-0326 Affirmed | 01/10/17 | Dist. 11 (Flathead) |
| Teeters v. 22nd Jud. District Court | OP 16-0757 Denied | 01/10/17 | Original Proceeding Supervisory Control |
| State v. Stark 2017 MT 7N | DA 14-0648 Affirmed | 01/17/17 | Dist. 7 (Dawson) |
| Dubois v. State 2017 MT 8N | DA 15-0636 Affirmed | 01/17/17 | Dist. 8 (Cascade) |